# McCullough *et al.* v. Floyd.

### *Statutory Action of Detinue.*

1. *Judgment in detinue; should be in the alternative.*—Where the plaintiff recovers in an action of detinue, the judgment should be in the alternative, for the specific chattel sued for, or for the value thereof as assessed by the jury; and where by a clerical error the judgment rendered is only for the value of the chattel sued for, it will be corrected on appeal

APPEAL from the Circuit Court of Coffee.

Tried before the Hon. J. M. CARMICHAEL.

The appellee, James Floyd, brought a statutory action of detinue against the appellants, to recover a small account book, which was alleged to be the property of the plaintiff.

On the trial of the cause, in the circuit court, the following judgment was rendered : "Came the parties by their attorneys and issue being joined on the plea of the general issue, there came a jury of good and lawful men, to-wit, J. M. Crumpler, foreman, and eleven others, who say on their oaths that they find for the plaintiff for the property sued for. Value of property, one book, twenty-five dollars. It is thereupon considered by the court that the plaintiff have and recover of the defendant the sum of twenty-five dollars for his damages so assessed, and also the costs expended in said case, for which let execution issue."

The appeal is prosecuted by the defendants from this judgment, and the same is here assigned as error.

W. D. ROBERTS, for appellant.

P. N. HICKMAN, *contra.*

PER CURIAM.—The judgment in an action for the

[Buckley v. Cunningham *et al.*]

recovery of chattels in specie, if rendered for the plaintiff, should be entered in the alternative, for the specific chattel or chattels sued for, or, if they are not to be had, for the value thereof, as assessed by the jury.—*Brown v. Brown,* 5 Ala. 508. The verdict in this case, though not very formal, is substantially correct; sufficient to support an appropriate judgment. The judgment rendered only for the value of the book sued for is erroneous. The error is merely clerical, must be here corrected, and a judgment rendered that the plaintiff have and recover of the defendants the memorandum book sued for, or, if that is not to be had, that the plaintiff have and recover of the defendants twenty-five dollars, the value of said book as assessed by the jury, and that plaintiff have and recover of the defendants the costs of suit. The judgment being thus corrected, is affirmed.